UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTORIA OFAMEN,

        Plaintiff,

v.

CFS II, INC., an Oklahoma corporation,

        Defendant.

Case No.: CV 12 3130 CRB

[~~PROPOSED~~ ORDER]

Good cause appearing, the case management conference in this matter is continued from September 28, 2012 to Dec. 14, 2012 at 8:30 a.m.

Dated: Sept. 18, 2012

DISTRICT COURT JUDGE
Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

1