1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  Lindsey N. Heaton - 269688
   ELLIS LAW GROUP, LLP
3  740 University Avenue, Suite 100
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5  mellis@ellislawgrp.com
   asteinheimer@ellislawgrp.com
6  lheaton@ellislawgrp.com

7  Attorneys for Defendant CFS II, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA OFAMEN, | Case No.: CV-12-3130 CRB |
| PLAINTIFF, | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| v. | |
| CFS II, INC., an Oklahoma corporation, | |
| DEFENDANT. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated:  February 19, 2013

_____
Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

- 1 -

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE