Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Lindsey N. Heaton - 269688
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
lheaton@ellislawgrp.com

Attorneys for Defendant CFS II, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA OFAMEN, | Case No.: CV-12-3130 CRB |
| PLAINTIFF, | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| v. | |
| CFS II, INC., an Oklahoma corporation, | |
| DEFENDANT. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated: February 19, 2013

_____
Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

- 1 -

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE